```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0007--CR (JWS)
                            "USA V WILLIAM CLARY"
                            DEF 1.1 CLARY, WILLIAM

       In public format, including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 01/22/03
              Closed: 06/13/03
  No. of Defendants: 1
      MJ Case Number: A02-0194--MJ
                 AKA:
     Location status: U.S. Custody
          Trial date:
          Terminated: YES
   Needs interpreter: NO
    Counsel of record: Ronald A. Offret
                       Aglietti & Offret
                       733 W. 4th Avenue, Suite 206
                       Anchorage, AK 99501
                       907-279-8657
                       FAX 907-279-5534
                       Serve: YES
                         Type: CJA
                         Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Frank V. Russo
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     FAX 907-271-3224
                     Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


  Counts re: DEF 1.1 CLARY, WILLIAM
```

| Document  | Count   | Citation and Description     | Disposition      |
|-----------|---------|------------------------------|------------------|
| 1 -  1 IND | 1      | 18:2113(a) BANK ROBBERY (F)  | Sentenced (43-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE A03-0007--CR (JWS)
                    "USA V WILLIAM CLARY"

              In public format, for all filing dates
```

```
 Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
           Filed: 01/22/03
          Closed: 06/13/03
No. of Defendants: 1
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| NOTE - | 1 | 12/26/02 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 12/26/03 in A02-194MJ (JDR). |
| 1 - | 1 | 01/22/03 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - | 1 | 01/23/03 | [Re: DEF 1] AHB Grand Jury Minutes re no bail set; set for arr & notify USM; in Fed Custody. |
| 3 - | 1 | 01/23/03 | [Re: DEF 1] Documents #2 through # 6 transferred from: A02-0194 MJ (JDR). |
| 4 - | 1 | 01/23/03 | [Re: DEF 1] JDR Minute Order re Arr set for 1/27/03 at 11:00 a.m. cc: USA, FPD, USM, USPO |
| NOTE - | 2 | 01/27/03 | Issued: Speedy Trial Notice to Judge Sedwick. cc: Pam Richter |
| 5 - | 1 | 01/27/03 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re Arr on Indt hld 1/27/03; M. Dieni apptd; def pled not guilty; def detained; PTM's due 2/26/03; cnsl advised of trial date 3/24/03. cc: USA, FPD, USM, USPO, Judge Sedwick |
| 6 - | 1 | 01/27/03 | [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due 2/26/03; cnsl to meet & confer by 1/30/03. cc: USA, FPD |
| 7 - | 1 | 01/28/03 | [Re: DEF 1] JWS Minute Order setting TBJ on 3/24/03 at 9:00 a.m. and FPTC on 3/24/03 at 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 8 - | 1 | 02/06/03 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| 9 - | 1 | 02/12/03 | {SEALED} |
| 10 - | 1 | 02/13/03 | {SEALED} |
| 11 - | 1 | 02/14/03 | {SEALED} |
| 12 - | 1 | 02/14/03 | {SEALED} |
| 13 - | 1 | 02/14/03 | {SEALED} |
| 13 - | 2 | 02/18/03 | {SEALED} |
| 14 - | 1 | 02/20/03 | [Re: DEF 1] Partial Transcript re: preliminary /detention hrg held on 1/3/03(A02-0194MJ(JDR)). |
| 15 - | 1 | 02/21/03 | [Re: DEF 1] CJA appointment of M. Spaan. |
| 16 - | 1 | 02/25/03 | DEF 1 motion on shortened time for one week ext of due date for motions w/att aff. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0007--CR (JWS)
             "USA V WILLIAM CLARY"

         In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 02/26/03 | [Re: DEF 1] JDR Order granting motion on shortened time for one week ext of due date for motions (16-1). cc: USA, FPD |
| 18 - 1 | 02/26/03 | {SEALED} |
| 19 - 1 | 03/05/03 | DEF 1 second motion on shortened time for one week ext (to 3/12) of due date for motions. |
| 20 - 1 | 03/05/03 | {SEALED} |
| 21 - 1 | 03/07/03 | [Re: DEF 1] JDR Minute Order re M. Dieni (FPD) & M. Spaan are relieved of their apptmnts; FPD to appoint new CJA cnsl. cc: USA, FPD, M. Spaan, FPD CJA Clerk, Judge Sedwick |
| 22 - 1 | 03/07/03 | [Re: DEF 1] CJA appointment of W. Offret. |
| 23 - 1 | 03/12/03 | Attorney Appearance of Ron Offret. |
| 24 - 1 | 03/14/03 | [Re: DEF 1] PLF 1 motion on shortened time to postpone filing of trial briefs, voir dire, and jury instructions. |
| 24 - 2 | 03/17/03 | [Re: DEF 1] JKS Order granting motion on shortened time to postpone filing of trial briefs, voir dire, and jury inst (24-1). cc: USA, R. Offret |
| 25 - 1 | 03/17/03 | DEF 1 motion to continue trial and related pretrial dates. |
| 26 - 1 | 03/18/03 | [Re: DEF 1] JWS Minute Order granting mot to continue trial and related pretrial dates (25-1); 3/24/03 FPTC and TBJ reset to 4/21/03 at 8:30 a.m. and 9:00 a.m., respectively; other pretrial ddlns set by MJ cont to fall same number of business days prior to new trial as they did prior to old trial subject to MJ alterations. cc: USA, R. Offret, MJ Roberts, JC, USM, USPO |
| 27 - 1 | 03/19/03 | [Re: DEF 1] JDR Minute Order re PTM's ddl ext until 3/31/03. cc: USA, R. Offret |
| 28 - 1 | 03/19/03 | [Re: DEF 1] JDR Order of excludable delay re #9 from 2/12/03 to 2/13/03 for 2 days (code e). |
| 29 - 1 | 03/19/03 | [Re: DEF 1] JDR Order of excludable delay re #12 from 2/14/03 to 2/18/03 for 5 days (code e). |
| 30 - 1 | 03/19/03 | [Re: DEF 1] JDR Order of excludable delay re #16 from 2/25/03 to 2/26/03 for 2 days (code e). |
| 31 - 1 | 03/19/03 | [Re: DEF 1] JDR Order of excludable delay re #19 from 3/5/03 top 3/7/03 for 3 days (code e). |
| 32 - 1 | 03/20/03 | [Re: DEF 1] JWS Order of excludable delay re #25 from 3/17/03 to 3/18/03 for 2 days (code e). |
| 33 - 1 | 03/20/03 | [Re: DEF 1] JWS Order of excludable delay re #24 from 3/14/03 to 3/17/03 |
| 34 - 1 | 03/24/03 | DEF 1 Notice (req) of Intent to change plea. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A03-0007--CR (JWS)
                            "USA V WILLIAM CLARY"

                     In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 35 - | 1 | 03/25/03 | [Re: DEF 1] JWS Minute Order setting PCOP on 3/27/03 at 8:30 a.m.; 4/21/03 FPTC and TBJ vacated. cc: USA, R. Offret, USM, USPO, MJ Roberts, JC |
| 36 - | 1 | 03/27/03 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re: PCOP held 3/27/03; def pled guilty to ct 1 of Indt; IOS set 6/6/03 at 9:30 a.m.; det cont. cc: USA, R. Offret, USM, USPO, MJ Roberts |
| 37 - | 1 | 05/16/03 | DEF 1 Unopposed motion to continue sentence date from 6/6/03 to 6/13/03. |
| 38 - | 1 | 05/16/03 | {SEALED} |
| 38 - | 2 | 05/27/03 | {SEALED} |
| 39 - | 1 | 05/27/03 | [Re: DEF 1] JWS Minute Order granting unopposed motion to continue sentence date from 6/6/03 to 6/13/03 (37-1) at 8:00 a.m. cc: USA, USM, PO, R. Offret |
| 40 - | 1 | 05/30/03 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 41 - | 1 | 06/05/03 | DEF 1 Sentencing Memorandum. |
| 42 - | 1 | 06/13/03 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] IOS held 06/13/03; def sentenced to 44 mos in prison; 36 mos SR; $100 SA; $1350.00 restitution. |
| 43 - | 1 | 06/13/03 | [Re: DEF 1] JWS Judgment pleaded guilty to ct 1 of the Indt (1-1); def sentenced to 44 mos in prison; 36 mos SR; $100 SA; $1350.00 restitution. cc: USA, R. Offret, DEF w/cnsls cy, USM, USPO, MJ Roberts, FLU |
| 44 - | 1 | 07/23/03 | [Re: DEF 1] Partial Transcript IOS held 6/13/03. |
| NOTE - | 3 | 07/31/03 | Issued: writ of execution re: PFD on DEF 1. |
| 45 - | 1 | 07/31/03 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| 46 - | 1 | 10/30/03 | USM Return of svc on writ of garnishment on PFD re: DEF 1 partially satifying in the amount of $1101.56 (receipt # 00121668) on 8/13/03. |
| 47 - | 1 | 12/03/03 | [Re: DEF 1] PLF 1 motion to release attached PFD funds. |
| 48 - | 1 | 12/05/03 | [Re: DEF 1] JWS Order granting motion to release attached PFD funds (47-1). cc: USA, R. Offret, Finance |
| 49 - | 1 | 02/05/04 | {SEALED} |
| 49 - | 2 | 02/05/04 | {SEALED} |
| 50 - | 1 | 06/16/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - | 4 | 06/23/05 | Issued: writ of execution re: DEF 1 on PFD. |